CONSUMER LITIGATION LAW CENTER, APC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ANGELA PELAYO and THEODORE CARLO,<br><br>   Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A. dba WELLS FARGO HOME MORTGAGE; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto; and DOES 1 through 25, inclusive,<br><br>   Defendants.<br><br>_____ | Case No.: 5:16-CV-00648-NC<br>MODIFIED<br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO STAY LITIGATION** ~~UNTIL  JUNE 20, 2016~~ |

1

[~~PROPOSED~~] ORDER RE: STIPULATION TO STAY LITIGATION

CONSUMER LITIGATION LAW CENTER, APC

1  Pursuant to the concurrently-filed Stipulation of the Parties, the Court Orders as follows:

2    1.  The hearing on Defendant's Motion to Dismiss the First Amended Complaint is

3       continued from April 20, 2016 to June 22, 2016.

4    2.  Opposition to the Motion to Dismiss shall be filed by May 25, 2016 and Reply

5       papers by June 8, 2016.

6    3.  The Case Management Conference is continued from May 11, 2016 to July ~~20~~ 27,

7       2016, with a Joint Case Management Statement due by July ~~13~~ 20, 2016.

8

9  **IT IS SO ORDERED:**

10

11

12  Dated: March __28__, 2016



IT IS SO ORDERED
AS MODIFIED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

2

[~~PROPOSED~~] ORDER RE: STIPULATION TO STAY LITIGATION