UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA PELAYO, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No.16-cv-00648-NC

**ORDER TO SHOW CAUSE RE: STATUS OF THE CASE**

The Court understands that the parties are continuing to explore settlement options. Thus, the Court intends to deny the motion to dismiss, dkt. no. 16, without prejudice to defendant refiling the motion.

By May 13, 2016, the parties should submit a status update to the Court. If the defendant wishes the motion to dismiss to remain on calendar as set in the court's prior order, dkt. no. 20, defendant must inform the Court by May 13.

**IT IS SO ORDERED.**

Dated: May 9, 2016

                                           NATHANAEL M. COUSINS
                                           United States Magistrate Judge

Case No.16-cv-00648-NC