UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA PELAYO, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>WELLS FARGO BANK, N.A.,<br>　　　　Defendant. | Case No.16-cv-00648-NC<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE; SETTING CASE MANAGEMENT CONFERENCE ON AUGUST 3, 2016**<br><br>Re: Dkt. No. 16 |

The parties stipulate to an extension of deadlines, moving defendant's motion to dismiss hearing to August 24, 2016, to allow the parties further time to discuss alternative dispute resolution. Dkt. No. 23. Thus, the Court DENIES defendant's motion to dismiss without prejudice. Defendant must renew the motion by July 27, 2016.

The Court moves the case management conference to August 3, 2016, with an updated case management statement due by July 27, 2016.

**IT IS SO ORDERED.**

Dated: May 12, 2016　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.16-cv-00648-NC